Michael W. Sobol (State Bar No. 194857)
(msobol@lchb.com)
Allison Elgart (State Bar No. 241901)
(aelgart@lchb.com)
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339
Telephone:  (415) 956-1000
Facsimile:  (415) 956-1008

Michael A. Caddell (State Bar No. 249469)
(mac@caddellchapman.com)
Cynthia B. Chapman (State Bar No. 164471)
(cbc@caddellchapman.com)
George Y. Niño (State Bar No. 146623)
(gyn@caddellchapman.com)
CADDELL & CHAPMAN
1331 Lamar, Suite 1070
Houston, TX  77010
Telephone:  (713) 751-0400
Facsimile:  (713) 751-0906

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE HERNANDEZ, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> EXPERIAN INFORMATION SOLUTIONS, INC., <br><br> Defendant. | Case No. CV06-03924-DOC(MLGx) <br><br> **STIPULATION AND ORDER REGARDING SUBMISSION OF AGREEMENT TO RESOLVE CLAIMS FOR <u>INJUNCTIVE</u> <u>RELIEF</u>** <br><br> Judge:      Hon. David O. Carter |

Plaintiffs Jose Hernandez, Robert Radcliffe, Chester Carter, Arnold Lovell, Jr., Clifton C. Seale, III, Maria Falcon, Jose Acosta, and Katherine Pike ("Plaintiffs") and Defendants Experian Information Solutions, Inc. ("Experian"),

1   Equifax Information Services, LLC ("Equifax"), and Trans Union LLC ("Trans

2   Union"), by and through their respective attorneys of record herein, stipulate as

3   follows:

4           WHEREAS, on March 12, 2008, the Court entered a Minute Order

5   requiring Plaintiffs and Defendants to submit by March 24, 2008, papers

6   memorializing any agreement for settlement regarding injunctive relief;

7           WHEREAS, on March 13, 2008, Plaintiffs, Experian, Equifax, and

8   Trans Union reported to the Court that they had mutually reached an agreement to

9   resolve all claims for injunctive relief;

10          WHEREAS, despite the Parties' good faith efforts to meet the Court's

11  deadline to finalize and file papers memorializing the agreement for settlement

12  regarding injunctive relief, there has been a short delay in finalizing the supporting

13  papers;

14          WHEREAS, on March 20, 2008, the Court informed the private

15  mediator, Lourdes Baird, that it would grant additional time to submit papers

16  memorializing the agreement for settlement regarding injunctive relief, and directed

17  the parties to submit a stipulation setting forth same;

18          It is hereby agreed and ordered as follows:

19          1.      Plaintiffs and Defendants shall file with the Court on or before

20  April 3, 2008, the following:  (a) a Settlement Agreement resolving all injunctive

21  relief claims; and (b) a Proposed Order for Injunctive Relief, consistent with the

22  Settlement Agreement.

23          2.      If Plaintiffs and Defendants fail to file with the Court on or

24  before April 3, 2008, the Settlement Agreement and Proposed Order referenced

25  above, then they must appear for a status conference before the Court commencing

26  at 8:30 a.m., April 4, 2008.

27          3.      The Court will not entertain any further continuances on this

28  issue.

STIP AND ORDER RE SUBMISSION OF AGRMT TO
RESOLVE CLAIMS FOR INJUNCTIVE RELIEF
*Case Nos. 05 CV1070 DOC/MLG; 06 CV03924 DOC/MLG*

1

2

3                                          Respectfully submitted,

4   Dated:  March 25, 2008                 LIEFF, CABRASER, HEIMANN &
                                            BERNSTEIN, LLP

5

6

7                                          By:_____
                                                      Michael W. Sobol
8

9                                          Michael W. Sobol
                                           Allison S. Elgart
10                                         LIEFF, CABRASER, HEIMANN &
                                           BERNSTEIN, LLP
                                           275 Battery Street, 30th Floor
11                                         San Francisco, CA 94111-3339
                                           Telephone:  (415) 956-1000
12                                         Facsimile:  (415) 956-1008

13                                         *Counsel for the White/Hernandez Plaintiffs*

14  Dated:  March 25, 2008                 CADDELL & CHAPMAN

15

16                                         By:_____
                                                      Michael A. Caddell
17                                         Michael A. Caddell
                                           Cynthia B. Chapman
18                                         George Y. Niño
                                           CADDELL & CHAPMAN
19                                         1331 Lamar, Suite 1070
                                           Houston, TX  77010
20                                         Telephone:  (713) 751-0400
                                           Facsimile:  (713) 751-0906
21
                                           *Counsel for the White/Hernandez Plaintiffs*
22

23

24

25

26

27

28

1   Dated:  March 25, 2008          JONES DAY

2
                                    By:_____
3                                           Michael G. Morgan

4                                   Michael G. Morgan
                                    JONES DAY
5                                   555 South Flower Street
                                    Fiftieth Floor
6                                   Los Angeles, California  90071
                                    Telephone:  (213) 489-3939
7                                   Facsimile:  (213) 243-2539

8                                   *Counsel for Defendant Experian Information
                                    Solutions, Inc.*
9   Dated:  March 25, 2008          STROOCK STROOCK & LAVAN
10

11
                                    By:_____
12                                          Stephen J. Newman

13                                  Julia Strickland
                                    Stephen J. Newman
14                                  STROOCK STROOCK & LAVAN
                                    2029 Century Park East
15                                  Los Angeles, CA  90067
                                    Telephone:  (310) 556-5800
16                                  Facsimile:  (310) 556-5959

17                                  *Counsel for Defendant Trans Union, LLC*

18  Dated:  March 25, 2008          KILPATRICK STOCKTON, LLP

19

20                                  By:_____
                                            Cindy D. Hanson
21
                                    Cindy D. Hanson
22                                  Craig Bertschi
                                    KILPATRICK STOCKTON, LLP
23                                  1100 Peachtree Street, Suite 2800
                                    Atlanta, GA  30309-4530
24                                  Telephone:  (404) 815-6500
                                    Facsimile:  (404) 815-6555
25
                                    *Counsel for Defendant Equifax Information
26                                  Services, LLC*

27

28

754920.1                    - 4 -           STIP AND ORDER RE SUBMISSION OF AGRMT TO
                                            RESOLVE CLAIMS FOR INJUNCTIVE RELIEF
                                            *Case Nos. 05 CV1070 DOC/MLG; 06 CV03924 DOC/MLG*

1  Dated:  March 25, 2008                    CALLAHAN, MCCUNE & WILLIS, P.C.

2

3                                            By:_____
                                                      Lee A. Sherman
4

5                                            Lee A. Sherman
                                             CALLAHAN, MCCUNE & WILLIS, P.C.
6                                            111 Fashion Lane
                                             Tustin, CA  92780
7                                            Telephone:  (714) 730-5700
                                             Facsimile:  (714) 730-1642
8                                            *Counsel for the Acosta/Pike Plaintiffs*

9

10              IT IS SO ORDERED.

11                                           _David O. Carter_
    April 11, 2008
12                                           _____
                                             The Honorable David O. Carter
13                                           United States District Court Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                             STIP AND ORDER RE SUBMISSION OF AGRMT TO
                                             RESOLVE CLAIMS FOR INJUNCTIVE RELIEF
                                             *Case Nos. 05 CV1070 DOC/MLG; 06 CV03924 DOC/MLG*